■ JENNIFER CANGRO, Appellant, v JOHN Z. MARANGOS, Respondent. [933 NYS2d 866]—

Apart from the fact that the complaint amounts to an impermissible collateral attack on plaintiff's divorce judgment, it fails to state a cause of action (*see* CPLR 3211 [a] [7]). The fraud allegations are insufficiently detailed (*see* CPLR 3016 [b]), and the remaining allegations consist of bare legal conclusions (*see Caniglia v Chicago Tribune-N.Y. News Syndicate*, 204 AD2d 233 [1994]). Concur—Andrias, J.P., Saxe, Sweeny, Acosta and Manzanet-Daniels, JJ.